UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSICA GOBER *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DOUGLAS COLLINS, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00714-RC |

## DECLARATION OF MATT MRNAK

1. I, Matt Mrnak, declare the following to be true and correct. I am the acting Human Resources Officer for the Human Resources Service Center, U.S. Department of Veterans Affairs, ("VA" or "the Department"). I have held this position with VA since January 10, 2025.

2. My duties include directly supervising the activities of Recruitment and Staffing, Classification and Compensation, Position Management, Employee and Labor Relations, Benefits, Leave, Reasonable Accommodations, and Workers Compensation for VA Central Office ("VACO") staff offices.

3. I make the statements herein on the basis of personal knowledge, as well as on information acquired by me in the course of performing my official duties.

4. The Human Resources Service Center provides human resources services for the Office of Acquisitions Logistics and Construction ("OALC").

5. Tiffany Ho was employed in OALC from December 29, 2024, until her termination during probationary period on February 13, 2025.

6. Effective March 13, 2025, Ms. Ho's probationary termination was rescinded, and she was placed in a paid administrative leave status. She received full back pay and benefits for the period of separation.

7. On March 24, 2025, Ms. Ho returned to full time, on-duty status with the Department.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing to be true and correct, to the best of my knowledge, information, and belief.

MATTHEW MRNAK
Digitally signed by MATTHEW MRNAK
Date: 2025.04.15 13:25:08 -05'00'

Matt Mrnak
Acting Human Resources Officer
Human Resources Service Center
U.S. Department of Veterans Affairs

Executed this 15 day of April 2025.