UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSICA GOBER, *et al.*,<br><br>       Plaintiff,<br><br>  v.<br><br>DOUGLAS A. COLLINS,<br>Secretary of Veterans Affairs, *et al.*,<br><br>       Defendants. | Civil Action No. 25-0714 (RC) |

## **DECLARATION OF SHERRIE WATFORD**

Pursuant to 28 U.S.C. § 1746, I, Sherrie Watford declare as follows:

1. I am the Director of Workforce Relations, Office of Human Resources Management, at the General Services Administration headquartered in Washington, D.C. I make this declaration based on my own personal knowledge, on information contained in the records of the General Services Administration, and/or on information provided to me by the Office of Human Resources Management, General Services Administration employees.

2. I have served in this position since October 2024. In my role at the General Services Administration, I am responsible for personnel management. I am responsible for overseeing the personnel enterprise and tracking and recording of personnel actions, including terminations. I assist in ensuring that all personnel actions comply with federal law, including those related to probationary employees.

3. On July 28, 2024, Sean McClary, received an excepted service appointment as a Program Analyst, GS-0343-09, in General Services Administration's Federal Acquisition Service. Under this appointment, Mr. McClary is required to complete a 2-year trial period.

4.   On February 13, 2025, Mr. McClary was notified of his termination during his trial period. The effective date of Mr. McClary's termination was March 7, 2025.

5.   On Friday, March 14, 2025, Mr. McClary was notified that his March 7, 2025, termination was rescinded, and he would be placed on administrative leave effective March 17, 2025, until at least March 27, 2025. He received full back pay and benefits for the period of separation.

6.   On April 8, 2025, Mr. McClary was notified that he would remain on administrative leave until further notice.

7.   As of the date of this Declaration, Mr. McClary remains on administrative leave and continues to receive full pay and benefits.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that that foregoing is true and correct.

4/15/2025
Date:

DocuSigned by:
Sherrie Watford
8AD7CFF87F77433...
Sherrie Watford