UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSICA GOBER, *et al.*,<br><br>   Plaintiff,<br><br>v.<br><br>DOUGLAS A. COLLINS,<br>Secretary of Veterans Affairs, *et al.*,<br><br>   Defendants. | Civil Action No. 25-0714 (RC) |

## **DECLARATION OF DANIELLE ELLIS**

I, DANIELLE ELLIS, am a current adult citizen of the State of Washington, and competent to make this declaration as follows:

1. I am currently the acting Human Resources Director for Navy Region Northwest ("NRNW") and have personal knowledge of the facts herein.

2. Levi Preston is employed by the Department of the Navy, NRNW, as a Public Affairs Specialist.

3. Mr. Preston was terminated on March 7, 2025. At that time, he was a probationary employee. *See* Exhibit A, Termination Letter.

5. Mr. Preston's probationary period ended on March 10, 2025.

6. Mr. Preston was reinstated to his position on March 25, 2025 and is no longer a probationary employee. He was reinstated to active duty and is performing the duties of his position.

Signed and sworn to this 11th day of April, 2025.

ELLIS.DANIELLE.M.1164462389
Digitally signed by ELLIS.DANIELLE.M.1164462389
Date: 2025.04.11 10:16:20 -07'00'

_____
Danielle Ellis