UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSICA GOBER, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS A. COLLINS, <br> Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Civil Action No. 25-0714 (RC) |

**DECLARATION OF MAX WYCHE**

Pursuant to 28 U.S.C. § 1746, I, Max Wyche, declare as follows:

1. I am the Acting Director of the Human Capital Office for the Internal Revenue Service ("IRS"), a bureau of the United States Department of the Treasury, headquartered in Washington, D.C. I make this declaration based on my own personal knowledge, on information contained in the records of the IRS, or on information provided to me by IRS employees.

2. I have served in this position since March 4, 2025. In my role at IRS, I am responsible for personnel management. I have the responsibility for overseeing the personnel enterprise and tracking and recording of personnel actions, including terminations.

3. IRS probationary employee Jason Maldonado was terminated on February 20, 2025. He was reinstated and placed on administrative leave on March 17, 2025. He received full back pay and benefits for the period of separation, and he is certified to continue receiving paychecks and benefits.

4. On April 8, 2025, Mr. Maldonado applied to participate in the Deferred Resignation Program offered to IRS employees.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2025

Max R. Wyche
Digitally signed by Max R. Wyche
Date: 2025.04.11 13:35:55 -04'00'

MAX WYCHE