UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSICA GOBER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOUGLAS COLLINS, <br> Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Civil Action No. 25-0714 (RC) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion for a preliminary injunction, Defendants' Opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion is DENIED.

SO ORDERED:

_____           _____
Dated                                                                                  RUDOLPH CONTRERAS
                                                                                              United States District Judge