**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JESSICA GOBER *et al.,* | ) | |
| | ) | |
| *Plaintiffs*, | ) | Case No. 1:25-CV-00714 |
| | ) | |
| v. | ) | |
| | ) | CLASS ACTION |
| DOUGLAS COLLINS, *et al.,* | ) | |
| | ) | JURY TRIAL DEMANDED |
| *Defendants.* | ) | |
| _____ | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now Plaintiff, Jason Maldonado, by and through undersigned counsel, with his Notice of Voluntary Dismissal.  Mr. Maldonado was offered participation in the Delayed Resignation Program (DRP), which he has opted to accept.  As part of that program, he has agreed to waive any claims he has against the Department of the Treasury.  Therefore, his claims herein are voluntarily withdrawn and dismissed.

Respectfully submitted,

/s/*Pamela M. Keith*
Pamela M. Keith
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
(202) 800-0292
pamkeith@centerforemploymentjustice.com
*Counsel for Plaintiff Jason Maldonado*

1

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 5th day of May of 2025, a true copy of the foregoing Notice of

Voluntary Dismissal was served on counsel of record via electronic court filing on:

EDWARD R. MARTIN, JR.
United States Attorney
KAITLIN K. ECKROTE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2485
Kaitlin.Eckrote@usdoj.gov
Attorneys for the United States of America


/s/*Pamela M. Keith*
Pamela M. Keith