UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSICA GOBER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOUG COLLINS, in his official capacity as Secretary of Veterans Affairs, *et al.*,<br><br>    Defendants. | Civil Action No. 25-0714 (RC) |

**<u>CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND</u>**

By and through undersigned counsel, Defendants respectfully move to extend the deadline to respond to the Complaint in this matter by thirty days - *i.e.*, until June 26, 2025. Pursuant to Local Civil Rule 7(m), the undersigned contacted Plaintiffs' counsel, who graciously consents to the relief requested herein. The grounds for this motion are as follows.

Plaintiffs filed the Amended Complaint in this action on March 21, 2025, and filed a motion for a preliminary injunction on March 27, 2025. After briefing and oral argument, the Court denied Plaintiffs' motion. ECF No. 25. Defendants were served in this matter on March 27, 2025, and accordingly, their deadline to respond to Plaintiffs' Complaint is currently May 27, 2025.

There is good cause for the requested extension. The undersigned has a robust caseload and currently has a motion for summary judgment due May 23, a motion for summary judgment due May 30, a motion to dismiss due June 2, and a motion for summary affirmance in the D.C. Circuit due June 2. Additionally, the undersigned will be on leave starting May 14 and returning May 20. Accordingly, the undersigned requires a reasonable period of additional time to discuss this matter with the relevant agency and draft Defendants' response to Plaintiffs' Complaint. Accordingly, Defendants request this extension of time.

Defendants propose this extension in good faith and not for the purpose of delay. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, and draft a thorough response that will be helpful to the Court in resolving this matter.

Defendants propose this extension in good faith and not for the purpose of delay. This is Defendants' second request for an extension in this matter. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agencies, gather necessary information, explore whether this case may be resolved without litigation, and if not, plan how to respond to Plaintiffs' Complaint.

WHEREFORE, with Plaintiffs' consent, Defendants respectfully request that the deadline to respond to the Complaint be extended through and including June 26, 2025. A proposed order is enclosed herewith.

Dated: May 13, 2025                     Respectfully submitted,

                                        EDWARD R. MARTIN, JR., D.C. Bar #481866
                                        United States Attorney

                                        By: */s/ Kaitlin K. Eckrote*
                                            KAITLIN K. ECKROTE
                                            D.C. Bar #1670899
                                            Assistant United States Attorney
                                            601 D Street, NW
                                            Washington, DC 20530
                                            (202) 252-2485
                                            Kaitlin.Eckrote@usdoj.gov

                                        *Attorneys for the United States of America*