UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSICA GOBER *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>DOUGLAS COLLINS, *et al.*,<br><br>  *Defendants*. | Case No. 1:25-CV-00714 (RC)<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now Plaintiffs, Levi Preston, Benza Kendrick-Litho, Jessica Gober and Angustia Peck, by and through undersigned counsel, with their Notice of Voluntary Dismissal. Their claims herein are voluntarily withdrawn and dismissed.

Respectfully submitted,

/s/*Pamela M. Keith*
Pamela M. Keith
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
(202) 800-0292
pamkeith@centerforemploymentjustice.com
*Counsel for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of June of 2025, a true copy of the foregoing Notice of Voluntary Dismissal was served on counsel of record via electronic court filing on:

EDWARD R. MARTIN, JR.
United States Attorney
KAITLIN K. ECKROTE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2485
Kaitlin.Eckrote@usdoj.gov
*Attorneys for the United States of America*

/s/*Pamela M. Keith*
Pamela M. Keith